**Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of Eastern District of New York

File Number 20 Cr. 565 (RPK)

United States of America )
       *Plaintiff,* )
  v. )     Notice of Appeal

Lakeame Foy )
       )
       *Defendant.* )

Notice is hereby given that Lakeame Foy, (plaintiffs) (<u>defendant</u>) in the above-named case*, hereby appeals to the United States Court of Appeals for the Second Circuit (from the final judgment) entered in this action on the June 4th day of _____, 20 22.

/s/
Susan G. Kellman

Attorney for Lakeame Foy
Address: 25 Eighth Avenue
Brooklyn, N.Y 11217
sgk@kellmanesq.com
718.287.5453

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

*See Rule 3(c) for permissible ways of identifying appellants